*EXHIBIT A*

| Date | Narrative | Initials | Billable | Billed | Rate | Amount | St. No. |
|---|---|---|---|---|---|---|---|
| 10/12/2007 | Review documents produced by Defendants including financial statements to determine approximate number of infringing units sold and to determine whether Defendants are complying with preliminary injunction; meet with Mr. Burton to discuss the same;  meet with Mr. Mondragon to assign tasks regarding sortment of documents produced by Defendants | JJG | 2.4 | 2.4 | 175 | 420.00 | 29476 |
| 10/12/2007 | Attorney conference with Mr. Gunn regarding possible contempt issues; telephone conference with Mr. Skeen regarding discovery and possible contempt; additional review and consideration of discovery | HDB | 2.0 | 2.0 | 350 | 700.00 | 29476 |
| 10/12/2007 | Review and organize of documents produced today by defendant | LM | 1.5 | 1.5 | 130 | 195.00 | 29476 |
| 10/15/2007 | Attorney conference with Mr. Gunn and further consideration of discovery issues and possible contempt motion | HDB | 1.5 | 1.5 | 350 | 525.00 | 29476 |
| 10/16/2007 | Meeting with Mr. Burton, Ms. Powell, and Mr. Mondragon to discuss Defendants' failure to comply with discovery requests and potential breach of preliminary injunction; telephone conference with Mr. Skeen and other Quantronix personnel to discuss strategy moving forward; prepare letter to opposing counsel regarding failure to comply with discovery requests and violation of preliminary injunction; continue telephone conference with Mr. Skeen and other Quantronix personnel to discuss strategy moving forward; review extensive documents produced by Defendants as part of discovery to confirm failure to produce various requested documents and other information; continue to review, revise, and augment extensive letter to opposing counsel regarding failure to comply with discovery requests and violation of preliminary injunction | JJG | 7.9 | 7.9 | 175 | 1,382.50 | 29476 |
| 10/16/2007 | Research case law regarding contempt, violations of preliminary injunction | TJB | 5.6 | 5.6 | 155 | 868.00 | 29476 |
| 10/16/2007 | Attorney conference with Mr. Gunn, Ms. Powell and L. Mondragon regarding contempt issues, discovery issues; consider options and strategies; telephone conference with Mr. Skeen and Ms. Carlsruh (two) regarding case status, contempt issues and strategies; attorney conference with Mr. Gunn regarding correspondence to opposing counsel, outstanding and remaining discovery; review, edit correspondence to opposing counsel regarding discovery issues and possible contempt; attorney conference with Mr. Gunn regarding same; finalize correspondence to opposing counsel; leave detailed voice message for opposing counsel | HDB | 4.3 | 4.3 | 350 | 1,505.00 | 29476 |
| 10/16/2007 | Investigate and make copies of neccessary documents to determine non-compliance with the court's order and non-cooperation regarding discovery for attorneys review; attend strategy meeting with attorneys regarding same; prepare draft letter to opposing counsel regarding discovery and contempt issues; review defendant's production documents to show non-compliance in letter. | LM | 5.0 | 3.0 | 130 | 390.00 | 29476 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2007 | Telephone conference with Mr. Skeen regarding case status and communications with opposing counsel regarding discovery and contempt issues; conference with Mr. Mondragon regarding redaction of correspondence to Ms. Smith to provide to Mr. Skeen; review redactions and prepare email correspondence to Mr. Skeen transmitting same | HDB | 1.0 | 1.0 | 350 | 350.00 | 29476 |
| 10/23/2007 | Receive and review correspondence from Ms. Smith regarding allegations of violations of Preliminary Injunction; attorney conference with Mr. Gunn regarding same; receive and review additional document production from defendants; consider same; attorney conference with Mr. Gunn; telephone conference with Mr. Skeen. | HDB | 2.0 | 2.0 | 350 | 750.00 | 29476 |
| 10/24/2007 | Conduct legal research regarding sales of goods under the UCC; analyze circumstances of transactions for the sale of goods in the present case in light of the results of legal research regarding sales of goods under the UCC to determine whether Defendants have violated preliminary injunction; review voluminous correspondence produced by Defendants to identify evidence regarding sales of Dimmers that allegedly violate preliminary injunction; draft letter to opposing counsel setting forth arguments as to why Defendants have violated preliminary injunction | JJG | 6.1 | 6.1 | 175 | 1,067.50 | 29476 |
| 10/24/2007 | Review and flag for attorney all new documents produced today by Buchholz supporting contempt of court motion for attorney review; download documents and make hard copies. | LM | 2.6 | 2.6 | 130 | 338.00 | 29476 |
| 10/24/2007 | Telephone conference with Mr. Skeen regarding new information received from defendants regarding violations of Preliminary Injunction; consider options and strategies; attorney conference with Mr. Gunn regarding same and regarding response; conference with Mr. Mondragon regarding discovery and deadlines; prepare email correspondence to Mr. Gunn regarding contempt issues, additional discovery received from Mr. Buccholz | HDB | 2.3 | 2.3 | 350 | 805.00 | 29476 |
| 10/25/2007 | Continue to review correspondence produced by Defendants to identify evidence regarding sales of Dimmers that allegedly violate preliminary injunction; conduct additional legal research regarding sale of goods under the Uniform Commercial Code; continue to draft letter to opposing counsel setting forth arguments as to why Defendants have violated preliminary injunction; meet with Mr. Burton to discuss draft of letter; revise letter according to suggestions made by Mr. Burton | JJG | 6.1 | 6.1 | 175 | 1,067.50 | 29476 |
| 10/25/2007 | Gather information for use in letter to opposing counsel; perform search on the Uniform Commercial Code for information supporting our theory of defendant's violation of permanent injunction; review, edit and redact information from letter to provide to client for comment | LM | 3.2 | 3.2 | 130 | 416.00 | 29476 |
| 10/25/2007 | Attorney conference with Mr. Gunn regarding evidence of violations of Preliminary Injunction, including Mr. Buccholz emails; review, edit correspondence to opposing counsel regarding same; telephone conference with Mr. Skeen; attorney conference with Mr. Gunn regarding redactions of confidential information from correspondence | HDB | 2.2 | 2.2 | 350 | 770.00 | 29476 |

| Date | Description | Atty | Hrs | Hrs | Rate | Amount | Inv |
|---|---|---|---|---|---|---|---|
| 10/26/2007 | Meet with Mr. Burton to discuss extant draft of letter to opposing counsel regarding discovery and Defendants' violations of Preliminary Injunction; revise draft of letter to opposing counsel regarding discovery and Defendants' violations of Preliminary Injunction according to suggestions made by Mr. Burton | JJG | 2.0 | 2.0 | 175 | 350.00 | 29476 |
| 10/26/2007 | Prepare draft of Stipulated Motion to Modify Scheduling Order and prepare Order for Court's signature; meet with attorney to discuss (1.7hrs/No Charge) | LM | 3.2 | 1.5 | 130 | 195.00 | 29476 |
| 10/26/2007 | Attorney conference with Mr. Gunn regarding correspondence to opposing counsel regarding violations of Preliminary Injunction; review and revise same; review Mr. Buccholz' emails; telephone conference with Mr. Skeen regarding correspondence and strategies; review, finalize correspondence to Ms. Smith regarding violations of Preliminary Injunction | HDB | 1.5 | 1.5 | 350 | 525.00 | 29476 |
| 10/29/2007 | Conference with Mr. Mondragon regarding modifications to scheduling order; review same; review email correspondence with opposing counsel regarding same | HDB | 0.3 | 0.3 | 350 | 105.00 | 29476 |
| 11/1/2007 | Review correspondence received from opposing counsel regarding Defendants' violations of preliminary injunction and study case law cited therein; conduct legal research regarding assertions made by opposing counsel relating to Defendants' violations of preliminary injunction; meet with Mr. Burton to discuss findings and potential strategies for responding to opposing counsel; telephone conference with Mr. Skeen to discuss the same; draft correspondence to Ms. Smith regarding Defendants violations of the Preliminary Injunction; review additional documents produced by Defendants | JJG | 5.4 | 5.4 | 175 | 945.00 | 29905 |
| 11/1/2007 | Review correspondence from Ms. Smith, opposing counsel, responding to our claims of violation of the Preliminary Injunction; attorney conference with Mr. Gunn regarding same and regarding case law cited by Ms. Smith; consider options and strategies; telephone conference with Mr. Skeen regarding response to correspondence; instruct Mr. Gunn regarding preparation of response to Ms. Smith | HDB | 1.4 | 1.4 | 350 | 560.00 | 29905 |
| 11/2/2007 | Continue to draft correspondence to Ms. Smith regarding Defendants violations of the Preliminary Injunction; continue review of additional documents produced by Defendants | JJG | 0.9 | 0.9 | 175 | 157.50 | 29905 |
| 11/2/2007 | Review, edit draft letter to Ms. Smith regarding violations of Preliminary Injunction; attorney conference with Mr. Gunn regarding same; attorney conference with Mr. Gunn regarding native version of spreadsheet; review and sign final version of correspondence to Ms. Smith | HDB | 1.4 | 1.4 | 350 | 490.00 | 29905 |
| 11/21/2007 | Research applicable law; prepare draft Motion for Contempt and draft Memorandum in Support of the Motion | TJB | 5.9 | 5.9 | 155 | 914.50 | 29905 |

| Date | Description | Initials | Hours | Hours | Rate | Amount | Matter |
|---|---|---|---|---|---|---|---|
| 11/21/2007 | Attorney conference with Mr. Gunn regarding production by defendants of Excel spreadsheet; review, edit correspondence to opposing counsel regarding same; attorney conference regarding motion for contempt; telephone conference with Mr. Skeen regarding case status and strategies | HDB | 1.2 | 1.2 | 350 | 420.00 | 29905 |
| 11/23/2007 | Prepare draft Memorandum in support of Motion for Contempt proceedings | TJB | 4.8 | 4.8 | 155 | 744.00 | 29905 |
| 11/26/2007 | Review various cases identified by Mr. Barrett relating to contempt in patent cases; review and revise Statement of the Facts section of Memorandum in Support of Motion for Contempt draft by Mr. Barrett; draft argument section of Memorandum in Support of Motion for Contempt | JJG | 5.5 | 5.5 | 175 | 962.50 | 29905 |
| 11/27/2007 | Review Memorandum in support of motion for contempt | TJB | 0.5 | 0.5 | 155 | 77.50 | 29905 |
| 11/27/2007 | Continue to draft argument section of Memorandum in Support of Motion for Contempt; review and revise Memorandum (2hrs/No Charge) | JJG | 8.3 | 6.3 | 175 | 1,102.50 | 29905 |
| 11/27/2007 | Review, edit correspondence to Ms. Smith regarding Excel spreadsheets; attorney conference with Mr. Gunn regarding same; begin review of pleadings regarding contempt | HDB | 1.0 | 1.0 | 350 | 350.00 | 29905 |
| 11/28/2007 | Review previous correspondence with opposing counsel regarding discovery issues; draft letter to Ms. Smith regarding Defendants' failure to produce spreadsheet data | JJG | 2.1 | 2.1 | 175 | 367.50 | 29905 |
| 11/28/2007 | Additional review and editing of pleadings regarding motion for contempt; attorney conference with Mr. Gunn regarding same and regarding correspondence to opposing counsel | HDB | 1.5 | 1.5 | 350 | 525.00 | 29905 |
| 11/29/2007 | Review and revise Memorandum in Support of Motion for Contempt in accordance with suggestions made by Mr. Burton; prepare Declaration of Mr. Burton; review documents produced by Defendants and compile documents to be submitted with Declaration of Mr. Burton | JJG | 3.8 | 3.8 | 175 | 665.00 | 29905 |
| 11/29/2007 | Prepare draft Memorandum in Support of Motion for Contempt | TJB | 1.9 | 1.9 | 155 | 294.50 | 29905 |
| 11/29/2007 | Further review of pleadings regarding contempt; attorney conference with Mr. Gunn regarding same | HDB | 2.3 | 2.3 | 350 | 805.00 | 29905 |
| 11/30/2007 | Prepare draft Memorandum in Support of Motion for Contempt | TJB | 1.6 | 1.6 | 155 | 248.00 | 29905 |
| 11/30/2007 | Review and revise draft of Memorandum in Support of Motion for Contempt | JJG | 1.5 | 1.5 | 175 | 262.50 | 29905 |
| 12/1/2007 | Continue to review and revise Memorandum in Support of Motion for Contempt | JJG | 2.4 | 2.4 | 175 | 420.00 | 31104 |
| 12/3/2007 | Meet with Mr. Burton to discuss status of Motion for Contempt; draft Quantronix' Supplemental Answers to Defendants' First Set of Interrogatories; continue to review and revise Memorandum in Support of Motion for Contempt; meet with Mr. Mondragon to discuss preparation of Declaration of Mr. Burton in support of motion for contempt; review results of legal research conducted by Mr. Barrett regarding remedies for contempt | JJG | 3.6 | 3.6 | 175 | 630.00 | 31104 |
| 12/3/2007 | Additional review and editing of contempt pleadings; attorney conference with Mr. Gunn regarding same and regarding discovery schedule; review Defendants' correspondence regarding alleged deficiencies in Quantronix discovery responses; attorney conference with Mr. Gunn regarding same | HDB | 2.0 | 2.0 | 350 | 700.00 | 31104 |
| 12/4/2007 | Review, edit and make changes to the Memorandum in Support of Motion for Contempt Prepare Declaration to file with the Motion and Memorandum in Support of and prepare Proposed Order for the Court; prepare exhibits to Declaration; research Federal and Local Rules for the District of Minnesota pertaining to Sanctions and Non-dispositive Motions and Hearings | LM | 6.5 | 6.5 | 130 | 845.00 | 31104 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 12/4/2007 | Additional review and editing of memorandum in support of motion for contempt and supporting documentation; review and comment on proposed email to counsel for defendants; telephone conference with Mr. Skeen regarding motion and memorandum regarding contempt; exchange email correspondence with local counsel regarding scheduling of motion for contempt; telephone conference with local counsel and telephone conference with court clerk regarding motion | HDB | 3.0 | 3.0 | 350 | 1,050.00 | 31104 |
| 12/5/2007 | Review and revise Notice of Motion for Contempt; draft additional correspondence to opposing counsel regarding scheduling of depositions | JJG | 0.1 | 0.1 | 175 | 17.50 | 31104 |
| 12/5/2007 | Continue editing and making changes to the Memorandum in Support of Motion for Sanctions; Prepare Notice of Motion for Finding of Contempt; review and prepare docs for production; modify declaration to file with the Motion and Memorandum in Support of ; prepare exhibits to Declaration (1.5hrs/No charge) | LM | 4.5 | 3.0 | 130 | 390.00 | 31104 |
| 12/5/2007 | Telephone conference with Court Clerk and local counsel regarding scheduling of hearing regarding motion for contempt; review, edit notice of motion; attorney conference with Mr. Gunn regarding motion for contempt; exchange email correspondence with Mr. Skeen regarding case status | HDB | 2.0 | 2.0 | 350 | 700.00 | 31104 |
| 12/21/2007 | Exchange email correspondence with Mr. Gunn regarding filing of contempt papers; instruct Mr. Mondragon regarding same | HDB | 0.4 | 0.4 | 350 | 140.00 | 31104 |
| 12/26/2007 | Review various documents produced by Defendants; continue to prepare memorandum supporting motion for contempt; incorporate additional subject matter into memorandum relating to newly produced documents; perform final review of memorandum in preparation for filing with the court | JJG | 7.6 | 7.6 | 175 | 1,330.00 | 31104 |
| 12/27/2007 | Review memorandum and declaration | JPN | 0.6 | 0.6 | 155 | 93.00 | 31104 |
| 12/27/2007 | Edit and make changes to memorandum, declaration and exhibits and finalize for filing | LM | 4.6 | 4.6 | 130 | 598.00 | 31104 |
| 12/28/2007 | Gather information for motion to amend complaint. | LM | 1.6 | 1.6 | 130 | 208.00 | 31104 |
| 1/7/2008 | Begin preparing materials needed for Hearing on Motion for Contempt; review pleadings and exhibits filed; telephone call to opposing counsel to request that they provide copies of pleadings filed with the court on January 4th. | LM | 4.2 | 4.2 | 135 | 567.00 | |
| 1/7/2008 | Review defendants' memorandum in opposition to Quantronix' motion for contempt and supporting documents; meet with Mr. Burton to discuss the same; conduct legal research regarding posting of bond in preliminary injunctions and effect of failure of court to require posting of bond | JJG | 4.2 | 4.2 | 195 | 819.00 | |
| 1/7/2008 | Review Data Trak memorandum in opposition to motion to compel and supporting documents; attorney conference with Mr. Gunn regarding same and regarding legal research; exchange email correspondence with local counsel regarding rescheduling of hearing on motion for leave to amend to add Mr. Buchholz as a defendant | HDB | 2.0 | 2.0 | 350 | 700.00 | |
| 1/8/2008 | Meet with Mr. Burton to review case law directed to posting of bond for preliminary injunctions and to formulate arguments regarding the same in preparation for hearing on motion for contempt; continue to conduct legal research regarding posting of bond in preliminary injunctions and effect of failure of court to require posting of bond; draft memorandum addressing the same | JJG | 2.3 | 2.3 | 195 | 448.50 | |

| 1/8/2008 | Review memoranda relating to Contempt Motions and download case law cited thus far; prepare case binder and place all hard copies of caselaw in binder and index; gather and assist preparing reply memorandum for motion for contempt review preliminary injunction memos for information relating to the filing of a bond. | LM | 5.8 | 5.8 | 135 | 783.00 |
|---|---|---|---|---|---|---|
| 1/9/2008 | Continue to conduct legal research regarding posting of bond in preliminary injunctions; draft reply brief in response to defendants memorandum in opposition to motion for contempt to address posting of bond in preliminary injunctions and effect of failure of court to require posting of bond | JJG | 6.6 | 6.6 | 195 | 1,287.00 |
| 1/9/2008 | Prepare for contempt hearing; attorney conference with Mr. Gunn (several) regarding bond issues and contempt hearing; review case law; review and exchange email correspondence with local counsel regarding reply memorandum; review, edit reply memorandum and attorney conference with Mr. Gunn regarding same; review, edit revised reply memorandum; telephone conference with Mr. Skeen regarding status of contempt proceeding | HDB | 3.6 | 3.6 | 350 | 1,260.00 |
| 1/9/2008 | Review documents for filing and for client; review preliminary injunction transcript, protective order and all correspondence for bond requirement information and information needed for our reply memorandum. | LM | 7.8 | 7.8 | 135 | 1,053.00 |
| 1/10/2008 | Continue to draft reply brief in response to defendants memorandum in opposition to motion for contempt to address posting of bond in preliminary injunctions and effect of failure of court to require posting of bond | JJG | 1.4 | 1.4 | 195 | 273.00 |
| 1/10/2008 | Review reply memorandum in motion for finding of contempt | TJB | 0.5 | 0.5 | 175 | 87.50 |
| 1/10/2008 | Preparation for hearing on motion for contempt (including while traveling to Minneapolis - 4 hours no charge); telephone conference with Mr. Skeen regarding same and regarding bond issue; attorney conference with Mr. Gunn regarding contempt hearing and reply memorandum regarding bond issue; initial review of documents filed by Data Trak in opposition to motion for leave to amend | HDB | 7.4 | 7.4 | 350 | 2,590.00 |
| 1/11/2008 | Additional preparation for hearing on motion for contempt; appear and argue at hearing on motion for contempt; conference with defendants' counsel regarding case status; conference with local counsel regarding hearing, case status; telephone conference with Mr. Gunn regarding hearing and case status; telephone conference with Mr. Skeen regarding hearing and case status and strategies | HDB | 5.0 | 5.0 | 350 | 1,750.00 |
| 1/15/2008 | Telephone conference with opposing counsel to discuss proposed changes to the scheduling order and meaning of indirect infringement under the preliminary injunction; draft letter to Judge Frank proposing amendments to the language of the Preliminary Injunction | JJG | 3.0 | 3.0 | 195 | 525.00 |
| 1/15/2008 | Attorney conference with Mr. Gunn to prepare for telephone conference with opposing counsel; participate in telephone conference with opposing counsel regarding schedule, repair, maintenance and service under preliminary injunction, and bond; telephone conference with Mr. Skeen regarding same issues | HDB | 1.5 | 1.5 | 350 | 525.00 |

| Date | Description | | | | | |
|------|-------------|----|-----|-----|-----|---------|
| 1/16/2008 | Conduct legal research regarding indirect infringement of patents in the context of preliminary injunctions; continue to draft letter to Judge Frank proposing amendments to the language of the Preliminary Injunction | JJG | 1.5 | 1.5 | 195 | 291.00 |
| 1/16/2008 | Review Court's Order regarding Contempt and docket all dates. | LM | 1.5 | 1.5 | 135 | 202.50 |
| 1/16/2008 | Receive and review Court's Order finding contempt; forward same to Mr. Skeen; telephone conference with Mr. Skeen regarding same and regarding case status and strategies; review, edit correspondence to Judge Frank regarding edits to preliminary injunction; review case law regarding same | HDB | 2.0 | 2.0 | 350 | 700.00 |
| 1/18/2008 | Receive and review correspondence from opposing counsel to Judge Frank regarding scheduling; final review of correspondence to Judge Frank regarding amendments to preliminary injunction and bond; instruct staff regarding filing of same | HDB | 1.0 | 1.0 | 350 | 350.00 |
| 1/21/2008 | Telephone conference with Ms. Smith, defendants' counsel, regarding problem with Airgas scale and response of Data Trak in light of Court's order; telephone conference with Mr. Skeen regarding same; prepare email correspondence to Ms. Smith; instruct staff regarding filing of letter with the Court; review and consider bond commitment from insurer; forward same to local counsel for review and comment; receive and review correspondence from defendants to Court regarding amendments to preliminary injunction; receive and review email correspondence from Ms. Smith regarding problem with Airgas; prepare email correspondence forwarding same to Mr. Skeen | HDB | 1.7 | 1.7 | 350 | 595.00 |
| 1/22/2008 | Receive and review correspondence from Ms. Smith to Judge Frank regarding Airgas service issue; prepare email correspondence to Mr. Gunn regarding same; review email correspondence regarding bond; prepare email correspondence to Mr. Skeen regarding bond; exchange email correspondence with Mr. Gunn regarding service issue and regarding bond; futher telephone conference with Ms. Smith regarding service issue; prepare and exchange email correspondence to Mr. Skeen regarding same; prepare email correspondence to K. Smith regarding new service issue | HDB | 1.5 | 1.5 | 350 | 525.00 |
| 1/22/2008 | Meeting with Mr. Burton regarding the dimmer and scales being sold together as one unit; review DataTrak invoices, purchase orders and marketing materials pertaining to the dimmer and scales | LM | 3.8 | 3.8 | 135 | 513.00 |
| 1/23/2008 | Exchange email correspondence with Ms. Smith regarding proposed service to Dimmers already sold; leave detailed voice message to court clerk regarding same; attorney conference with Mr. Gunn regarding bond and service and repair issue; exchange email correspondence with Mr. Skeen regarding security bond; instruct staff regarding same; exchange email correspondence with Mr. Gunn regarding service of amended complaint, letter brief filed by Ms. Smith | HDB | 1.5 | 1.5 | 350 | 525.00 |
| 1/24/2008 | Review amended complaint prior to sending to local counsel for filing with the court; review letter brief filed by Defendants regarding service, repair, maintenance, and replacement of tables, scales, printers, CPUs, and other so-called optional equipment; telephone conference with clerk of court to confirm deadline for responding to the Defendants' letter brief; conduct legal researach regarding entire market value rule; draft letter brief to judge in response to letter brief filed by Defendants; review several months of Quantronix billing records to identify costs and fees associated with bringing the Motion for Contempt (1.2hrs) | JJG | 5.8 | 5.8 | 195 | 1,131.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 1/24/2008 | Meeting with Mr. Gunn regarding outstanding discovery and Petition for Attorneys Fees and Costs relating to Contempt Order; prepare Declaration of H. Dickson Burton in Support of Petition for Fees; generate additional prinout of costs and fees and begin to prepare for memorandum relating to costs and fees. | LM | 5.0 | 5.0 | 135 | 675.00 |
| 1/24/2008 | Review and consider letter brief from Ms. Smith to Judge Frank; attorney conference with Mr. Gunn regarding same; review, edit proposed response to Judge Frank | HDB | 0.8 | 0.8 | 350 | 280.00 |
| 1/25/2008 | Perform final review of reply letter brief regarding service, repair, maintenance, and replacement of so-called optional equipment | JJG | 0.3 | 0.3 | 195 | 58.50 |
| 1/25/2008 | Meeting with Mr. Burton; review our billing records and prepare a rough draft of our memorandum in support of our attorneys fees and costs. | LM | 3.0 | 3.0 | 135 | 405.00 |
| 1/25/2008 | Additional review and finalization of letter brief to Judge Frank in response to letter brief submitted by defendants | HDB | 0.5 | 0.5 | 350 | 175.00 |
| | | | 240.1 | 232.9 | | 49,281.00 |