# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **QUANTRONIX, INC.**, a Utah corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**Data Trak Technologies, Inc.** a Minnesota Corporation, **Data Trak Solutions NA, Inc.**, a Minnesota Corporation, **Wildwood Technology, LLC** a Minnesota Limited Liability Company, **Robert Tessier**, an individual, **Michael Everson**, an individual,<br><br>    Defendants. | Case No. 0:07-cv-01799-DWF-AJB<br><br>**DECLARATION OF PAUL J. ROBBENNOLT IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS ATTORNEYS FEES & COSTS RELATING TO THE COURT'S ORDER FINDING DEFENDANTS IN CONTEMPT** |

**PAUL J. ROBBENNOLT** hereby declares as follows:

1.   I am an attorney with the law firm of Dorsey & Whitney LLP ("Dorsey & Whitney") and am one of the attorneys representing QUANTRONIX, INC. ("Quantronix") as local counsel in this case. I submit this Declaration in support of Quantronix' Memorandum and Application for Attorneys' Fees and Costs. I have personal knowledge of the facts regarding Dorsey & Whitney's legal representation of Quantronix and the attorneys' fees and other costs described and requested herein.

2.   To the best of my knowledge and belief, the attorneys' fees and costs described and set forth in this declaration and the attached Exhibit A are correctly stated, and were reasonably and necessarily incurred in bringing the motion seeking an Order of

Contempt.  These fees are claimed pursuant to the Court's Contempt Order of January 16, 2008 (Docket 106).

      3.     Attached hereto as Exhibit A is a detailed breakdown of time expended by all attorneys and legal support personnel of Dorsey & Whitney associated with Quantronix' motion seeking an Order of Contempt from December 4, 2007, through January 29, 2008. The exhibit shows by initials the providers of the services, descriptions of the service, dates of the service, hours expended in the tasks performed, the providers' hourly rate, and the total value of each entry.  In addition, Dorsey & Whitney incurred copying costs in the amount of 77.32 and messenger costs in the amount of $23.  All of these fees and costs were actually incurred and paid by Quantronix pursuant to an agreement that all attorneys and assistants will be billed on an hourly basis.  The total amount of fees billed by Dorsey & Whitney for all services rendered is $4,700.50, and the total amount of costs incurred is $100.32.

      Dated this 30th day of January, 2008.

                                                    __s/Paul J. Robbennolt_____
                                                    Paul J. Robbennolt