# EXHIBIT A

| Date | Matter | Description | Atty | Time | Rate | Value |
|---|---|---|---|---|---|---|
| 12/4/2007 | 482316-1 | Correspondence with D. Padmanabhan and D. Burton regarding hearing on motion for finding of contempt | PJR | 0.3 | $395.00 | $118.50 |
| 12/5/2007 | 482316-1 | Finalize and file notice of motion for contempt; correspondence regarding same | PJR | 0.8 | $395.00 | $316.00 |
| 12/28/2007 | 482316-1 | Review, finalize, and file papers in support of motion for contempt; correspondence regarding | PJR | 1.3 | $395.00 | $513.50 |
| 1/4/2008 | 482316-1 | Review response to motion for contempt. Correspondence regarding same. | PJR | 0.5 | $395.00 | $197.50 |
| 1/9/2008 | 482316-1 | Telephone conference with D. Padmanabhan regarding request to file reply brief. Draft and revise letter to Judge Frank requesting leave to file reply brief. | PJR | 0.7 | $395.00 | $276.50 |
| 1/10/2008 | 482316-1 | Review and file reply brief in support of motion for finding of contempt. Correspondence regarding same. | PJR | 1.2 | $395.00 | $474.00 |
| 1/11/2008 | 482316-1 | Prepare for and attend hearing on motion for contempt. Conferences with B. Dickson and D. Padmanabhan regarding hearing. Correspondence regarding same. | PJR | 4.5 | $395.00 | $1,777.50 |
| 1/19/2008 | 482316-1 | Review order finding contempt. Review draft letter to Court and attachments. Correspondence regarding attorneys' fees | PJR | 1.3 | $395.00 | $513.50 |
| 1/21/2008 | 482316-1 | Review and file letter to court and attachments. Telephone conferences and correspondence regarding same. | PJR | 0.8 | $395.00 | $316.00 |
| 1/22/2008 | 482316-1 | Review security bond and correspondence regarding same. | PJR | 0.3 | $395.00 | $118.50 |
| 1/23/2008 | 482316-1 | Correspondence regarding filing of bond. Telephone conference with D. Padmanabhan regarding letter to Judge Frank. Review Defendants' letter to Judge Frank. | PJR | 0.2 | $395.00 | $79.00 |
| **Total:** | | | | **11.9** | | **$4,700.50** |